UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULIUS SCOTT | : | CIVIL ACTION NO.: |
| | : | |
| VERSUS | : | JUDGE:____________________________ |
| | : | |
| MARLIN GUSMAN, SHERIFF OF ORLEANS PARISH AND STANDARD MORTGAGE COMPANY | : | MAGISTRATE JUDGE: |

**CONSTITUTIONAL CHALLENGE TO LOUISIANA STATE STATUTE AND CONSTITUTION AND PETITION FOR INJUNCTIVE RELIEF**

NOW COMES, through undersigned counsel, Plaintiff Julius Scott, a person of the full age of majority and resident of the Parish of Orleans, who respectfully asserts the following:

1.

Made Defendants herein are:

1. ORLEANS PARISH SHERIFF MARLIN GUSMAN, The Sheriff for the Parish of Orleans;
2. STANDARD MORTGAGE COMPANY, a Louisiana Corporation, organized and doing business in the State of Louisiana.

2.

Defendants are liable for all damages alleged herein.

3.

Defendants are indebted unto plaintiff for all sums as are reasonable under the premises, including but not limited to compensatory damages, special damages, attorney's fees, interest on attorney's fees, costs, with interest thereon from the date of judicial demand until paid.

4.

Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 in that the causes of action

outlined herein arise under the Constitution and laws of the United States.

5.

This is an action against the Sheriff of Orleans Parish for violations of the civil rights of Plaintiff in violation of 42 U.S.C. § 1983, The Equal Protection Clause of the 14th Amendment and the Due Process Clause of the 14th Amendment.

6.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1), (2) and (3) in that the events in violation of law occurred in the Parish of Orleans and the Defendants principal place of business is in Orleans Parish, State of Louisiana.

7.

Plaintiff was an employee of Defendant Marlin Gusman, Sheriff of Orleans Parish from August 15, 2005 until approximately May 19, 2009.

8.

On or about February 26, 2009, Plaintiff Julius Scott was escorting a prisoner down stairs to "the docks" toward the "B" wing into a stairwell at the Orleans Parish Prison. Plaintiff slipped on a wet floor at the upper landing of the stairs and fell down the entire flight of stairs on his back, thereby injuring his back.

9.

Plaintiff filed suit against Defendant Marlin Gusman, The Criminal Sheriff of Orleans Parish in the Civil District Court of Orleans in the matter captioned:

Julius Scott vs. Marlin Gusman, Criminal Sheriff of Orleans Parish, Cool Beans, Inc.
"Of Georgia" d/b/a CBI Insurance and Care Management, The Law Enforcement District of the Parish of Orleans, State of Louisiana, Major Gregory Metoyer, Warden of the Orleans Parish Prison.
Civil District Court for the Parish of Orleans, State of Louisiana,
Docket No. 10-1503, Div.: E-7.

10.

A trial was held in the above referenced in the civil district court for the Parish of Orleans on February 3, 2015 and judgment was rendered in favor of Plaintiff Julius Scott and against Marlin Gusman, Criminal Sheriff of Orleans Parish on February 6, 2015 awarding $489,075.41.

11.

Defendant Marlin Gusman, Sheriff of Orleans Parish refuses to pay the judgment rendered against Marlin Gusman in favor of Julius Scott citing immunity under La. R.S. 13:5601 and Article XII, Sec. 10 of the Louisiana State Constitution.

12.

Julius Scott has had difficulty paying his mortgage due to lack of employment, disability and failure of Defendant Marlin Gusman to pay the aforementioned judgment. Defendant Marlin Gusman has executed an executory process judgment against the home of Julius Scott in the matter of *Standard Mortgage Corporation vs. Julius Scott, Jr.*, In the Civil District Court for the Parish of Orleans, State of Louisiana, Case No. 2016-4851.

13.

The Sheriff has executed the judgment against Julius Scott to foreclose on Mr. Scott's home. At the same time Sheriff Gusman refuses to pay the Julius Scott a judgment against Sheriff Gusman relying on constitutional immunity pursuant Article XII, Sec. 10 of the Louisiana State Constitution.

14.

Plaintiff Julius Scott submits that the actions of Marlin Gusman violate Julius Scott's Federally Protected Due Process rights under the United States Constitution and Equal Protection of the Laws under the Fifth and Fourteenth Amendments to the United States Constitution. These

civil rights violations amount to intentional conduct by a government actor intended to deprive a citizen of the United States of his Federally protected rights in violation of 42 U.S.C. § 1983.

15.

Plaintiff Julius Scott's home is up for Sheriff Sale by Defendant Marlin Gusman on December 8, 2016 while at the same time Marlin Gusman refuses to pay the February 2015 judgment against Gusman that is in favor of Julius Scott.

16.

Plaintiff Julius Scott is in danger of permanently losing his family residence, the roof over his head, due to the unconstitutional equal protection and due process violations by Defendant Marlin Gusman.

17.

Plaintiff Julius Scott moves this honorable court for an injunction against Sheriff Gusman further violating Julius Scott's equal protection and due process rights under the United States Constitution by seizure and sale of Julius Scott's residence and against Marlin Gusman further refusing to pay the judgment against him.

18.

Plaintiff Julius Scott seeks damages for loss of his home, embarrassment, mental anguish, punitive damages, attorney's fees and other yet unspecified damages for wrongful seizure and sale of Plaintiff's home.

19.

As more particularly outlined in the attached memorandum in support of this pleading, Plaintiff asks that Marlin Gusman's purported immunity from seizure be declared unconstitutional.

20.

As more particularly outlined in the attached memorandum in support of this pleading, Plaintiff asks that the sheriff sale of Plaintiff's property be enjoined from selling Plaintiff's home.

WHEREFORE, Plaintiff Julius Scott prays that summons issue directed to Defendants Marlin Gusman, Sheriff of Orleans Parish and Standard Mortgage Company and that they be cited to appear and answer same within the delays provided by law and that after the expiration of all legal delays and after due proceedings are held that there be judgment rendered in favor of Plaintiff and against Defendants rendering any constitutional immunity asserted by Marlin Gusman null and void and enjoining the seizure and sale of Julius Scott's residence.

Respectfully submitted by:

*/s/Jean-Paul Robert*
Jean-Paul Robert, Bar # 27628
Attorney at Law, L.L.C.
2315 S. Burnside Ave.
Gonzales, LA 70737
Tel: (225) 647-9200
Fax: (225) 647-9300